UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERYL WULTZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:08-cv-01460 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| BANK OF CHINA LIMITED, | ) |
| et al., | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Unopposed Motion of Defendant Bank of China Limited for Extension of Time to Respond to the First Amended Complaint and to Set Briefing Schedule for Motion to Dismiss, and the record herein, and for good cause show, it is hereby

ORDERED that Defendant Bank of China Limited shall have until and including March 5, 2009 to respond to, and move to dismiss, the First Amended Complaint; and it is further

ORDERED that plaintiffs shall have until and including April 20, 2009 to file their opposition to Bank of China's motion to dismiss the First Amended Complaint; and it is further

ORDERED that Bank of China shall have until and including May 11, 2009 to file its reply in support of its motion to dismiss the First Amended Complaint.

                                                   Royce C. Lamberth
                                                   Chief Judge

Date: January __, 2009

Copies of Order to:

Robert J. Tolchin, Esq.
Walter P. Loughlin, Esq.
David T. Case, Esq.
Mitchell R. Berger, Esq.