# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHERYL WULTZ, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-1460 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby ORDERED that Defendant Bank of China Limited's Motion to Dismiss the First Amended Complaint is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on October 20, 2010.