UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHERYL WULTZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-1460 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**TRANSFER ORDER**

In November of last year, defendant Bank of China, Ltd. ("BOC") moved the Court to reconsider its opinion denying BOC's motion to dismiss the First Amended Complaint ("FAC") in this action. In response, plaintiffs opposed BOC's request, and in the alternative asked the Court, in the event it found that BOC's motion was meritorious, to transfer venue to the Southern District of New York pursuant to the Court's authority under 28 U.S.C. § 1406(a). For the reasons set forth in the Memorandum Opinion issued this date, it is hereby

ORDERED that defendant BOC's Motion for Reconsideration or for Certification for Interlocutory Appeal of the Order Denying Motion to Dismiss, Nov. 5, 2010 [92], is GRANTED; it is furthermore

ORDERED that, pursuant to Fed. R. Civ. P. 21, the following claims against defendant BOC shall be severed from the claims remaining in the FAC:

    1.    Count II, FAC ¶¶ 106–115, Jan. 13, 2009 [12];

    2.    Count III, FAC ¶¶ 116–125, Jan. 13, 2009 [12];

    3.    Count IV, FAC ¶¶ 126–140, Jan. 13, 2009 [12];

  4.  Count V, FAC ¶¶ 141–152, Jan. 13, 2009 [12]; and

  5.  Count VI, FAC ¶¶ 153–158, Jan. 13, 2009 [12]; it is furthermore

  ORDERED that these claims against BOC shall constitute a parallel action in the same procedural posture as this case prior to this Order, and that parallel action shall be transferred to the United States District Court for the Southern District of New York; it is furthermore

  ORDERED that the Clerk of the Court shall transmit a copy of the full record in this case to the United States District Court for the Southern District of New York; it is furthermore

  ORDERED that defendants' Motion for Extension of Time to File Answer, Nov. 1, 2010 [89] and Motion for Extension of Time to Conduct Rule 26(f) Conference, Jan. 19, 2011 [101] are DENIED as moot.  The Court instructs the parties to raise issues concerning discovery and scheduling with the transferee court; it is furthermore

  ORDERED that plaintiffs shall, within fourteen (14) days, submit a Status Report outlining how they intend to proceed with the remaining claims in this case, including, but not limited to, the methods of proof with which they intend to substantiate these claims.

  SO ORDERED.

  Signed by Royce C. Lamberth, Chief Judge, on January 28, 2011.