UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL WULTZ, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 11 Civ. 01266 (SAS) ) ) |
| BANK OF CHINA LTD., | ) ) ) |
| Defendant. | ) ) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as co-counsel in this case for Defendant Bank of China Limited. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: October 1, 2012

/s/ Geoffrey Sant
Geoffrey Sant
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
(212) 735-0781
sant.geoffrey@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I caused the Notice of Appearance to be electronically filed with the Clerk of Court using CM/ECF system.

                                                      /s/ Geoffrey Sant
                                                      Geoffrey Sant