# Exhibit 1

Mr. Lee S. Wolosky
Boies, Schiller, & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Mr. Robert J. Tolchin
Robert J Tolchin, Attorney at Law
111 Livingston Street
Brooklyn, NY 11201

Mr. Mitchell R. Berger
Patton Boggs LLP
2550 M Street NW
Washington DC 20037

20 March 2013

Re: **Wultz v. Bank of China; Elmaliach et al v. Bank of China; Rot v. Bank of China; Mor v. Bank of China**

Dear Sirs,

As you know, I have been contacted on behalf of the plaintiffs in the above-referenced lawsuits, to voluntarily testify with regard to my knowledge of certain allegations set forth therein.

Due to my previous employment and involvement in matters relating to Israel state security, I would like to underscore, that should I decide to testify, although I would testify as a private citizen - in classified matters and matters relating to the security of the State of Israel and certain individuals, I am bound to the provisions of the Israeli law and to the subsequent guidance of the relevant authorities in Israel.

Should I decide to provide such testimony, it would be based upon knowledge I accrued, *inter alia*, as a member of the Counterterrorism Staff of Israel's National Security Council, which naturally includes certain classified matters. As such, my willingness and ability to submit to such testimony is dependent, *inter alia*, upon specific prerequisites, detailed below, the existence of which is intended to ensure the full protection of certain security matters, persons and classified information, as identified and designated by the relevant authorities in Israel.

I respectfully request that my voluntary deposition be held in Israel and that during the contemplated deposition:

a) No form of photography and/or video and/or audio documentation and/or any other documentation, be used, that may expose my likeness or other decipherable indentifying visual, audio or other details.

b) I refrain from answering any questions that may expose classified documents and information, information that may jeopardize Israel's security and information that may jeopardize the wellbeing or personal safety of certain individuals or any other matters that may be protected by law.

c) I am accompanied by both an Israeli government legal advisor and security information officer;

d) I am allowed to confer with the above-mentioned accompanying individuals, during the deposition proceedings, regarding my testimony;

e) The names, identity, and employment details of the above-mentioned accompanying individuals are fully protected. To that end, I request that the above individuals be allowed to provide aliases regarding their names and/or identify themselves solely based upon their positions;

f) No form of photography and/or video and/or audio documentation and/or any other documentation, be used, that may expose the likeness or other decipherable indentifying details of the above-mentioned accompanying individuals.

g) No supporting documents can or will be provided as part of my testimony.

In addition to the above, acknowledging that my testimony is requested in four separate lawsuits, I would like to request that my single testimony be used in all four proceedings.

Respectfully,

Uzi Shaya

```
                        ********************
                        ***   RX REPORT   ***
                        ********************

        RECEPTION OK

        TX/RX NO                8797
        RECIPIENT ADDRESS
        DESTINATION ID
        ST. TIME                03/24 04:35
        TIME USE                00'45
        PGS.                    2
        RESULT                  OK
```