# Exhibit 2

August 29. 2013

Nitsana Darshan-Leitner, Esq.
10 Hata'as Street
Ramat Gan, 52512
Israel

Lee Wolosky, Esq.
575 Lexington Avenue
New York, New York 10022
USA

Re: **Terror Victims v. Bank of China Ltd.**

Dear Ms. Darshan-Leitner and Mr. Wolosky,

Due to the developing circumstances, I am writing to inform you that in light of my moral and national obligation and my commitment to the war on terror, I am inclined to give a deposition in the legal proceedings referenced above. However, thus far, the State of Israel has not yet formulated its final position on the matter of my testimony in these proceedings, and it was clarified to me that until I receive express written permission to provide the information that came to me in my capacity as a state employee and information about the activities that I engaged in while employed by the State, I am prohibited from doing so. I have been informed that some view the violation of this prohibition as a criminal offense under the Israeli Penal Law 5737-1977. Although, I disagree with this premise, due to the unusual circumstances and history of these cases, I am efforting to resolve this issue.

In accordance with all of the above and as a loyal citizen , in order to allow me to secure and finalize such permission from the State under applicable law, I would like to request that I be provided a three (3) months postponement of the scheduling of my deposition.

I am hopeful that this three month postponement will afford the parties to these proceedings to engage in a fair and just settlement of these cases that is acceptable to all the families who have filed suit against the defendant and that my testimony would not be required. However, if all of the above wont be achieved then I will consider to provide my testimony concerning this matter at that time.

I will keep you updated concerning developments

Sincerely yours,

Uzi Shaya