# Exhibit B

DORSEY
DORSEY & WHITNEY LLP

**LANIER SAPERSTEIN**
**Partner**
**(212) 415-9385**
**saperstein.lanier@dorsey.com**

January 3, 2014

**BY EMAIL**

Steven Froot, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022

Re: Wultz v. Bank of China, No. 11-cv-01266 (SAS) (GWG)

Dear Mr. Froot:

I write to respond to your letter dated December 27, 2013, regarding BOC's review of documents collected from custodians located within the United States.

Regarding your demand that BOC prepare a categorical log for documents collected from U.S. sources, it is unclear to us how BOC could prepare such a log, in light of the representations in my December 26, 2013 letter: BOC has only withheld documents collected from U.S. custodians based upon the attorney-client privilege, the work product doctrine, and the regulatory privilege for documents relating to the filing of SARs on specific individuals or entities.

As for the documents BOC is withholding based upon the SAR privilege, BOC has only withheld documents if their contents include any information that would reveal the existence or the content of a SAR. Accordingly, BOC's treatment of such documents is consistent with 12 C.F.R. § 21.11(k)(1), 31 C.F.R. § 1020.320(e)(1)(i), and the Court's April 9, 2013 Order (Dkt. No. 244).

Very truly yours,

*/s/ Lanier Saperstein*

Lanier Saperstein