# Exhibit C

**Redacted Pursuant to the Protective Order**