# Exhibit D

**Redacted Pursuant to the Protective Order**