# Exhibit A

**Redacted Pursuant to the Protective Order**