# Exhibit N

**Redacted Pursuant to the Protective Order**