# Exhibit O

**Redacted Pursuant to the Protective Order**