# Exhibit P

**Redacted Pursuant to the Protective Order**