

**GEOFFREY SANT**
**(212) 735-0781**
**sant.geoffrey@dorsey.com**

October 21, 2014

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Wultz v. Bank of China Ltd.*, 11-cv-01266 (SAS) (GWG)

Dear Judge Scheindlin:

    On behalf of Bank of China, Ltd. ("BOC"), we respectfully submit the attached amended Exhibit O for the letter we filed yesterday via ECF (Dkt. 687) pursuant to the e-mail communication from Ms. Rachel Schwartz of today.  Thank you.

    Respectfully submitted,

    */s/ Geoffrey Sant*

    Geoffrey Sant

cc:  All Counsel of Record (via email)