UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL WULTZ, et al., | ) |
|  Plaintiffs, | ) |
| v. | ) No. 1:11-cv-01266 (SAS) (GWG) |
| BANK OF CHINA LTD., | ) |
|  Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs in this above-captioned matter, Sheryl Wultz, individually and as personal representative of the Estate of Daniel Wultz, Yekutiel Wultz, individually and as personal representative of the Estate of Daniel Wultz, Amanda Wultz (collectively, "Plaintiffs"), and Defendant Bank of China Limited ("BOC"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that, upon the filing of the Stipulation of Facts agreed to by Plaintiffs and Defendant in this above-captioned matter, this action and the claims asserted herein are hereby dismissed with prejudice.

IT IS SO STIPULATED.

Dated: August 27, 2015

    Plaintiffs in *Wultz v. Bank of China Ltd.*, 1:11-cv-01266 (U.S. District Court, Southern District of New York).

By _/s/ Marilyn C. Kunstler_
Boies, Schiller & Flexner LLP
Marilyn C. Kunstler
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Dated: August 27, 2015

    Bank of China Limited as defendant in *Wultz v. Bank of China Ltd.*, 1:11-cv-01266 (U.S. District Court, Southern District of New York).

By _/s/ Mitchell R. Berger_
Squire Patton Boggs (US) LLP
Mitchell R. Berger, Esq.
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
(212) 872-9800

Dated: August 27, 2015

    Bank of China Limited as defendant in *Wultz v. Bank of China Ltd.*, 1:11-cv-01266 (U.S. District Court, Southern District of New York)).

By _/s/ Lanier Saperstein_
Dorsey & Whitney LLP
Lanier Saperstein, Esq.
51 West 52nd Street
New York, NY 10019
(212) 415-9200