# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Sheryl Wultz, Individually and as personal representative of the Estate of Daniel Wultz, Yekutiel Wultz, Individually and as personal representative of the Estate of Daniel Wultz, Amanda Wultz, and Abraham Leonard Wultz

(List the full name(s) of the plaintiff(s)/~~petitioner(s)~~)

11 CV 1266 (SAS)( )

-against-

**NOTICE OF APPEAL**

Bank of China, Limited

(List the full name(s) of the defendant(s)/~~respondent(s)~~)

Notice is hereby given that the following parties: Robert J. Tolchin and Nitsana Darshan-Leitner

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: September 3, 2015
(date that judgment or order was entered on docket)

that: was filed under seal as docket entry 853 and resolved an ancillary issue separate from the merits of the case.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 1, 2015
Dated

*signature*
Signature*

Tolchin, Robert J.
Name (Last, First, MI)

111 Livingston Street, #1928, Brooklyn, NY 11201
Address | City | State | Zip Code

718-855-3627
Telephone Number

rtolchin@berkmanlaw.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13