# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Sheryl Wultz, Individually and as personal representative of the Estate of Daniel Wultz, Yekutiel Wultz, Individually and as personal representative of the Estate of Daniel Wultz, and Amanda Wultz

-against-

Bank of China Ltd.

11 CV 1266 (SAS)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Sheryl Wultz, Yekutiel Wultz, and Amanda Wultz

in the above-named case appeal, pursuant to Federal Rule of Appellate Procedure 4(a)(3), to the United States Court of Appeals for the Second Circuit from the

☐ judgment   ☒ order   entered on: September 3, 2015
(date that judgment or order was entered on docket)

that: was filed under seal as docket entry 853 and resolved a dispute between Plaintiffs and their former counsel, Robert J. Tolchin and Nitsana Darshan-Leitner, unrelated to the merits of the case.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| October 9, 2015 | /s/ Marilyn C. Kunstler |
| Dated | Signature* |

Kunstler, Marilyn C.
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Boies, Schiller & Flexner LLP, 575 Lexington Avenue | New York, NY | | 10022 |
| Address | City | State | Zip Code |

| | |
|---|---|
| (212) 446-2300 | mkunstler@bsfllp.com |
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13